UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:22-cr-00104-CWR-FKB

JOHN DAVIS

**UNOPPOSED MOTION OF THE UNITED STATES
TO CONTINUE SENTENCING**

The United States of America submits this motion to continue the sentencing of defendant John Davis, which is currently scheduled for February 2, 2023.  The sentencing in this case will be complex, and the parties and the assigned U.S. Probation Officer all agree that more time is needed, including additional time to work on the Presentence Investigation Report, which is required in all federal criminal cases.  Accordingly, the government requests additional time to work with defense counsel and the United States Probation Office.  The motion is unopposed.

The government therefore asks the Court to continue the sentencing to a mutually convenient date to be determined by the Court.  This request is made in the interest of justice and not for any unnecessary delay.

Date:   January 20, 2023                        Respectfully submitted,

                                DARREN J. LAMARCA
                                United States Attorney

                        By:  /s/ Dave Fulcher
                                David H. Fulcher, MSB No. 10179
                                Assistant United States Attorney
                                501 E. Court Street – Suite 4.430
                                Jackson, MS   39201
                                601-973-2824
                                dave.fulcher@usdoj.gov

1

CERTIFICATE OF SERVICE

      I, DAVID H. FULCHER, Assistant U.S. Attorney, hereby certify that I have this date electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: January 20, 2023                 /s/ Dave Fulcher
                                                                           David H. Fulcher
                                                                           Assistant United States Attorney